**EXHIBIT B**

INFRINGEMENT OF U.S. 7,359,589 BY UHNDER S80

| U.S. 7,359,589 | UHNDER S80 |
|---|---|
| 11. A method comprising: | |
| providing a plurality of circuits operatively connected to a waveguide layer; and | The digital front end from S80 product technical brief discloses a plurality of circuits that are operatively connected to a waveguide layer:<br><br>*Typical Application Block Diagram* [S80 RoC block diagram showing Analog TX, Analog RX, Analog LO, Digital Front End (TX Generation / Modulation), Digital Front End (RX Preprocessing & RDC1 Generation), Digital Back End (RDC2/3 Generation, Static Slice Extraction), Chip Platform, Security Platform, Shared Memory, CPU Platform, DSP Platform, Peripheral Interfaces, with 12 TX and 2 x 8 RX antennas and interfaces LPDDR4, NV Flash, ETHERNET, CAN-FD, SPI, I2C, UART]<br><br>https://www.uhnder.com/images/data/S80_PTB_Rev1.0_May_5_2022_.pdf (last visited December 30, 2022) ("It supports 12 transmit antenna channels (Tx) and 16 receive antenna channels (Rx). The S80 is fully software-defined, has built-in processors to run algorithms on-chip and can also enable optimization with deep learning neural networks and AI (artificial intelligence) found in the most advanced automated perception systems.").<br><br>On information and belief, the Uhnder S80 77 GHz 4D Digital Imaging Radar-on-Chip uses the Gapwaves waveguide antenna technology for the S8077 GHz 4D Digital Imaging Radar-on-Chip:<br><br>From Gapwaves and Uhnder Collaborate on Digital High Resolution Radar \| 2020-03-09 \| Microwave Journal – "Gapwaves has developed a novel waveguide antenna technology for mmWave applications such as automotive radar and 5G telecom. Its gap waveguide technology achieves the low loss of waveguide and is compatible with high volume, cost-effective manufacturing. For automotive radar applications, its antenna provides a wide field of view and high isolation[] which has garnered industry interest and license agreements with tier 1 automotive radar manufacturers." |
| emitting, by an ultra-small resonant | On information and belief, the analog local oscillator of the Uhnder S80 77 GHz 4D Digital Imaging Radar-on-Chip emits an electromagnetic signal |

| | |
|---|---|
| structure, an electromagnetic signal into said waveguide layer, whereby said signal may be obtained by each of said plurality of circuits. | into said waveguide layer by an ultra-small resonant structure, whereby said signal may be obtained by each of said plurality of circuits |