**EXHIBIT C**



S80
PRODUCT TECHNICAL BRIEF

# S80
# 77 GHz 4D Digital Imaging Radar-on-Chip

*Overview*

The S80 is a fully integrated 77 GHz, 4D Imaging Radar-on-Chip (RoC) with Digital Code Modulation (DCM) certified for use in key automotive safety applications, such as automatic emergency braking, lane keep assist, adaptive cruise control, and blind-spot detection, as well as automated driving functions, including autonomous vehicles.

The RoC uses a PMCW (phase modulated continuous wave), MIMO (multiple-input multiple-output) radar architecture capable of processing up to 192 virtual channels. It supports 12 transmit antenna channels (Tx) and 16 receive antenna channels (Rx). The S80 is fully software-defined, has built-in processors to run algorithms on-chip and can also enable optimization with deep learning neural networks and AI (artificial intelligence) found in the most advanced automated perception systems. The device's DCM minimizes mutual interference from neighboring radars and provides high contrast resolution (HCR) delivering maximum discrimination, as well as high-confidence detection of independent targets, including vulnerable road users (VRUs), such as pedestrians and cyclists, in long- (LRR), mid- (MRR), and short-range radar (SRR) applications.

*Key Features*

- 76-81 GHz Frequency Range
- 4D Radar: Simultaneous Measurement of Range, Velocity, Azimuth, and Elevation
- 192 Virtual Receive Channels (VRx)
    - 96 VRx with True MIMO
- 16 Receive Antenna Channels (Rx)
- 12 Transmit Antenna Channels (Tx)
- Range Resolution: 7.5 cm
- Doppler Resolution: Up to 0.01 m/s
- Advanced Interference Mitigation
- Cascade Up to 4 RoCs (3072 VRx) with Full MIMO Scaling
- AEC-Q104 Qualified
- Functional Safety (ISO 26262): Certified to ASIL-B
- Fully Software Defined: Supports User and Third-Party Algorithms On-Chip, Over-the-Air Synchronization

*Target Applications*

- Automotive Imaging Radar
- Automated Driving Systems (ADS)
- Autonomous Vehicles (AVs)
- Pedestrian Automatic Emergency Braking (P-AEB)
- Lane Keep Assist (LKA)
- Blind Spot and Cross-Traffic Detection (BSD and CTD)

© Uhnder, Inc. 2022

S80_PTB REV. 1.0



**S80**
**PRODUCT TECHNICAL BRIEF**

## *Key Specifications*

| S80 Radar-on-Chip (RoC) | Value |
|---|---|
| Center Frequency | 76 – 81 GHz |
| Channels | 12 Tx & 16 [2x8] Rx |
| Output Power - Combined | +22 dBm |
| Maximum Modulation Bandwidth | 2 GHz |
| Noise Figure (NF) | 10 dB |
| Phase Noise (PN) | -95 dBc / Hz @ 1 MHz [81 GHz] |
| Receive Channel (Rx) Isolation | > 25 dB [Virtual Rx: > 40 dB] |
| Transmit (Tx) to Receive (Rx) Channel Isolation | > 50 dB |
| Internal Memory | 16 MB |
| External Memory | Up to 2 GB LPDDR4 [Up to 32-bit @ 4266 MHz] |
| ADC | 8-bit, 2 GSPS [I/Q - 2 per Rx] |
| Processors | 2 Cortex-R5F ARM CPUs & 2 Tensilica-P5 DSPs |
| Security (Secure Boot, Interference, Updates) | Hardware Security Module - ARM Cortex M0+ |
| I/O Interfaces | 100/1000 Ethernet, CAN-FD, I2C, QSPI, GPIO |
| Power Consumption | 9.5 W @ 50% Duty Cycle |
| Package | 12.8 mm x 8.21 mm eWLB |
| Temperature Range (Tj) | -40°C to +125°C |

## *Typical Application Block Diagram*



© Uhnder, Inc. 2022

*S80_PTB REV. 1.0*



**S80**
**PRODUCT TECHNICAL BRIEF**

**Revision History**

| Rev | Description | Date | Author |
|---|---|---|---|
| 0.1 | Initial version | 3/2022 | Uhnder, Inc |
| 1.0 | Changes to Key Features, Key Specifications, and Typical Application Block Diagram | 5/2022 | Uhnder, Inc |

© Uhnder, Inc. 2022

*S80_PTB REV. 1.0*