# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **ADVANCED PLASMONICS, INC,** | § § § | |
| *Plaintiff* | § § | Civil Case No.: 6:23-cv-00008 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **UHNDER, INC.,** | § § | |
| *Defendant.* | § § | |

## ADVANCED PLASMONICS, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Advanced Plasmonics, Inc., through its undersigned counsel, hereby states that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Date: January 6, 2023　　　　　　　　　Respectfully submitted,

By:　*/s/ Wasif H. Qureshi*
　　　Wasif H. Qureshi
　　　Texas State Bar No. 24048155
　　　wqureshi@jw.com
　　　**JACKSON WALKER LLP**
　　　1401 McKinney, Suite 1900
　　　Houston, Texas 77010
　　　Telephone: (713) 752-4521

　　　Christopher J. Rourk
　　　Texas State Bar No. 00795626
　　　crourk@jw.com
　　　Blake T. Dietrich
　　　Texas State Bar No. 24087420
　　　bdietrich@jw.com
　　　**JACKSON WALKER LLP**
　　　2323 Ross Ave., Suite 600
　　　Dallas, Texas 75201
　　　Telephone: (214) 953-6000

**COUNSEL FOR ADVANCED PLASMONICS, INC.**