# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# Waco Division

| | |
|---|---|
| ADVANCED PLASMONICS, INC., *Plaintiff*, v. UHNDER, INC., *Defendant*. | Case No. 6:23-cv-00008-LY<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF UHNDER, INC.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant Uhnder, Inc. ("Uhnder") respectfully moves the Court to extend Uhnder's deadline to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) by forty-five days, from January 31, 2023 to March 17, 2023.

The extension is necessary so that Uhnder will have sufficient time to retain local counsel and review the allegations in the Complaint, as well as the asserted patent, and formulate its defenses and positions in this case. Uhnder has met and conferred with Plaintiff, and Plaintiff does not oppose this motion.

For these reasons, Uhnder respectfully requests that the Court grant this motion.

| | |
|---|---|
| Dated: January 27, 2023 | By: /s/ Andrew D. Gish<br>Andrew D. Gish (*pro hac vice*)<br> andrew@gishpllc.com<br>GISH PLLC<br>41 Madison Avenue, Floor 31<br>New York, NY 10010<br>(212) 518-2000<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Uhnder has met and conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief requested in this motion.

/s/ Andrew D. Gish
Andrew D. Gish

## CERTIFICATE OF SERVICE

I hereby certify that, on January 27, 2023, I electronically filed the foregoing using the CM/ECF system, which will notify counsel of record in this matter.

/s/ Andrew D. Gish
Andrew D. Gish