IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Waco Division

| | |
|---|---|
| ADVANCED PLASMONICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UHNDER, INC., <br><br> *Defendant*. | Case No. 6:23-cv-00008-LY <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

Before the Court is Defendant Uhnder, Inc.'s ("Uhnder") Unopposed Motion for Extension of Time to Respond to Complaint. After careful consideration, the Court **GRANTS** the motion. Uhnder shall have up to and including March 17, 2023 to answer or otherwise respond to the Complaint.

Signed this _____ day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1