**FILED**
January 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SO_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Waco Division

ADVANCED PLASMONICS, INC.,

    *Plaintiff,*

v.

UHNDER, INC.,

    *Defendant.*

Case No. 6:23-cv-00008-LY

JURY TRIAL DEMANDED

## ORDER

Before the Court is Defendant Uhnder, Inc.'s ("Uhnder") Unopposed Motion for Extension of Time to Respond to Complaint. After careful consideration, the Court **GRANTS** the motion. Uhnder shall have up to and including March 17, 2023 to answer or otherwise respond to the Complaint.

Signed this ____ day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1