**FILED**
January 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____SO_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ADVANCED PLASMONICS, INC., <br> PLAINTIFF, | § § § | |
| V. | § § § § § | CAUSE NO. 6:23-CV-008-LY |
| UHNDER, INC., <br> DEFENDANT. | | |

## ORDER STAYING CASE

**IT IS ORDERED** that the above-referenced cause is **STAYED** pending further order of this court, except that Defendant may respond to Plaintiff's complaint **on or before March 17, 2023.**

SIGNED this _30th_ day of January, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE