IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ADVANCED PLASMONICS, INC., <br> PLAINTIFF, | § § § § § § § § | |
| V. | | CAUSE NO. 6:23-CV-008-LY |
| UHNDER, INC., <br> DEFENDANT. | | |

### ORDER

**IT IS HEREBY ORDERED** that the stay imposed by this court on January 30, 2023 (Doc. #10) is **LIFTED**.

SIGNED this _24th_ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE