IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADVANCED PLASMONICS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UHNDER, INC.,<br><br>*Defendant*. | Case No. 6:23-cv-00008-RP |

**JOINT REVISED MOTION FOR ENTRY OF SCHEDULING ORDER**

TO THE HONORABLE JUDGE ROBERT PITMAN:

Pursuant to Your Honor's instructions at the June 21, 2023 initial pretrial conference (minutes at Dkt. 20), Plaintiff Advanced Plasmonics, Inc. and Defendant Uhnder, Inc. have further conferred about the schedule for the above-referenced case and as reflected in the attached proposed schedule have reached agreement.

The parties thus respectfully request entry of the attached proposed schedule and setting of a trial date based on said schedule.

Respectfully submitted,

| **JACKSON WALKER LLP** | **GISH PLLC** |
|---|---|
| /s/ *Wasif H. Qureshi* | /s/ Andrew D. Gish |
| Wasif H. Qureshi | Andrew D. Gish |
| Texas Bar No. 24048155 | andrew@gishpllc.com |
| wqureshi@jw.com | 41 Madison Avenue, Floor 31 |
| 1401 McKinney Street, Suite 1900 | New York, NY 10010 |
| Houston, Texas 77010 | (212) 518-2000 |
| Telephone: (713) 752-4521 | |

*Counsel for Plaintiff Advanced Plasmonics, Inc.*

**CLEVELAND KRIST PLLC**

/s/ *Timothy Cleveland*
Timothy Cleveland
State Bar No. 24055318
Austin H. Krist
State Bar No. 24106170
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746
(512) 689-8698
tcleveland@clevelandkrist.com
akrist@clevelandkrist.com

*Counsel for Defendant Uhnder, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 29, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system under the Court's local rules.

               /s/ *Wasif H. Qureshi*
               Wasif H. Qureshi