IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ADVANCED PLASMONICS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:23-CV-8-DII |
| UHNDER, INC., | § § § | |
| Defendant. | § | |

### ORDER

On November 29, 2023, Plaintiff Advanced Plasmonics, Inc. filed a joint and agreed motion to dismiss witt prejudice stating that the parties have resolved their dispute. (Dkt. 37). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 30, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE